UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JODIE D. GRAGG,

    Plaintiff,

v.

EDGAR KORZENIOWSKI.

    Defendant.

CASE NO. 11-CV-5451RJB

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     This petitioner is DISMISSED WITHOUT PREJUDICE as unexhausted. Petitioner filed this petition before he was sentenced on a guilty plea out of Grays Harbor Superior Court and he has not exhausted his state remedies.

(3)     The court will not issue a certificate of appealability in this case.

DATED this 8th day of September, 2011.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1