1

2

3

4
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
5
AT TACOMA

6
JODIE D. GRAGG ,

7
              Plaintiff,
CASE NO. 11-CV-5451RJB

8
    v.
ORDER ADOPTING A REPORT
AND RECOMMENDATION

9
EDGAR KORZENIOWSKI.

10
              Defendant.

11

12
     The Court having reviewed the Report and Recommendation of the Hon. J.

13
Richard Creatura, United States Magistrate Judge, objections to the Report and

14
Recommendation, if any, and the remaining record, does hereby find and Order:

15
     (1)    The Court adopts the Report and Recommendation;

16
     (2)    This petitioner is DISMISSED WITHOUT PREJUDICE as
17
unexhausted. Petitioner filed this petition before he was sentenced on a guilty plea
out of Grays Harbor Superior Court and he has not exhausted his state remedies.

18
     (3)    The court will not issue a certificate of appealability in this case.

19
     DATED this 8th day of September, 2011.

20

21

22
                          _____

23
                           ROBERT J. BRYAN
                           United States District Judge

24